# IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| WAYMOND D. WRIGHT, | § | |
| | § | No. 553, 2015 |
| Defendant Below, | § | |
| Appellant, | § | |
| | § | Court Below - Superior Court |
| v. | § | of the State of Delaware |
| | § | |
| STATE OF DELAWARE, | § | |
| | § | ID. No. 1208019720 |
| Plaintiff Below, | § | |
| Appellee. | § | |

Submitted: August 24, 2016
Decided: September 7, 2016

Before **HOLLAND, VALIHURA** and **VAUGHN**, Justices.

## ORDER

This 7th day of September 2016, the Court having considered this matter on the briefs filed by the parties has determined that the final judgment of the Superior Court should be affirmed on the basis of and for the reasons assigned by the Superior Court in its opinion dated September 11, 2015.

NOW, THEREFORE, IT IS HEREBY ORDERED that the judgment of the Superior Court be, and the same hereby is, AFFIRMED.

BY THE COURT:

Justice